WILKINSON v. WEYERHAEUSER CORP.

No. 180P84.

Case below: 67 N.C. App. 154.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 June 1984.

WRIGHT v. COUNTY OF MACON

No. 581P83.

Case below: 64 N.C. App. 718.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 June 1984.